CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 1 8 2019

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

RAYONDA P.,                                )
                                           )
        Plaintiff                          )
                                           )   Civil Action No. 7:18-CV-00190
v.                                         )
                                           )
COMMISSIONER, SOCIAL SECURITY              )   By:  Michael F. Urbanski
ADMINISTRATION,                            )   Chief United States District Judge
                                           )
        Defendant.                         )

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, plaintiff's motion for summary judgment (ECF No. 16) is **DENIED**, the Commissioner's motion for summary judgment (ECF No. 18) is **GRANTED**, the report and recommendation (ECF No. 23) is **ADOPTED in its entirety**, plaintiff's objections (ECF No. 24) are **OVERRULED**, the Commissioner's decision is **AFFIRMED**, and this matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

It is so **ORDERED**.

Entered:  07 — 18 — 2019

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge